IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:23-CR-29-1M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIARA NICOLE MELTON | ) | |

This matter comes now before this Court on joint motion of the United States, by and through the United States Attorney, and the Defendant, Kiara Nicole Melton, through counsel, to terminate the Defendant's bond review hearing currently scheduled for February 6, 2024.

For good cause shown, the Court hereby GRANTS the parties' motion and TERMINATES the bond review hearing scheduled for February 6, 2024.

So ORDERED, this 2nd day of February 2024.

KIMBERLY A. SWANK
United States Magistrate Judge